RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Alexander Comer

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-008-APG-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| ALEXANDER COMER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Alexander Comer, that the Sentencing Hearing currently scheduled on August 1, 2019 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than August 8, 2019.

This Stipulation is entered into for the following reasons:

1.  Defense counsel will be out of the office for the currently scheduled sentencing hearing. Additionally, defense counsel anticipates needing additional time to review the presentence investigation report with Mr. Comer. It has not yet been disclosed by probation.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 20th day of June, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-008-APG-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| ALEXANDER COMER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, August 1, 2019 at 11:00 a.m., be vacated and continued to Thursday, August 22, 2019 at the hour of 2:30 p.m. in Courtroom 6C.

DATED this __21st__ day of June, 2019.

UNITED STATES DISTRICT JUDGE