RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Alexander Comer

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER COMER,<br><br>　　　　Defendant. | Case No. 2:19-cr-00008-APG-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Alexander Comer, that the Revocation Hearing currently scheduled on March 15, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties need additional time to continue negotiations.

　　　　2.　　The defendant is out of custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

1   This is the first request for a continuance of the revocation hearing.

2   DATED this 11th day of March, 2022.

3

4   RENE L. VALLADARES  CHRISTOPHER CHIOU
    Federal Public Defender  Acting United States Attorney
5

6    */s/ Keisha K. Matthews*              */s/ Christopher Burton*
    By_____  By_____
7   KEISHA K. MATTHEWS  CHRISTOPHER BURTON
    Assistant Federal Public Defender  Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00008-APG-DJA |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ALEXANDER COMER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, March 15, 2022 at 9:30 a.m., be vacated and continued to <u>April 12, 2022</u>, at the hour of <u>2:30 p.m.</u> by videoconference.

DATED this <u>14th</u> day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE