UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ALEXANDER COMER,<br><br>        Defendant. | Case No. 2:19-cr-00008-APG-DJA<br><br>**ORDER** |

I HEREBY ORDER as follows:

1. Defendant Alexander Comer shall reside at the Residential Reentry Center (RRC) in Las Vegas, Nevada for up to four months, beginning as soon as space is available. This period may be shortened by the Probation Office if it determines this placement is no longer needed.

2. If Comer is not yet at the RRC, he shall contact Probation Officer Steve Goldner **every day before 5:00 p.m**. to find out whether space is available at the RRC. If space is not available, Comer shall provide Goldner the address of where he is spending the night.

DATED THIS 27th day of April, 2022.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE